IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No.   09-C-88 |
| $2,847.88 UNITED STATES CURRENCY, | ) ) |
| Defendant. | ) ) ) |

CERTIFICATE OF REASONABLE CAUSE

Upon motion of the United States and review of the entire file of this case, the Court hereby certifies that there was reasonable cause for the seizure of the defendant $2,847.88 in United States currency, in that it was subject to forfeiture pursuant to Title 21, United States Code, Section 881(a)(6).

Executed this 30th day of July 2009.

_____
BARBARA B. CRABB
Chief United States District Court Judge